# UNITED STATES DISTRICT COURT

EASTERN District of NORTH CAROLINA

UNITED STATES OF AMERICA
**V.**
AMERICAN DISTILLATION, INC.

**JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

CASE NUMBER: 7:25-CR-97-1FL

Edwin L. West, III and Cameron Virginia Ervin
Defendant Organization's Attorney

## THE DEFENDANT ORGANIZATION:

☑ pleaded guilty to count(s) 1

☐ pleaded nolo contendere to count(s) ______ which was accepted by the court.

☐ was found guilty on count(s) ______ after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 33 U.S.C. § 1311, 33 U.S.C. § 1319(c)(2)(A) and 33 U.S.C. § 1342 | Knowingly Discharging a Pollutant Into a Water of the United States Without or in Violation of a Permit | 1/31/2024 | 1 |

The defendant organization is sentenced as provided in pages 2 through 1 of this judgment.

☐ The defendant organization has been found not guilty on count(s) ______

☐ Count(s) ______ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's Federal Employer I.D. No.: 56-1789113

Defendant Organization's Principal Business Address:

1690 Royster Road Northeast
Leland, NC 28451

Defendant Organization's Mailing Address:

Post Office Box 400
Leland, NC 28451

9/4/2026
Date of Imposition of Judgment

Louise W. Flanagan [signature]
Signature of Judge

Louise W. Flanagan — United States District Judge
Name of Judge — Title of Judge

9/4/2026
Date

DEFENDANT ORGANIZATION: AMERICAN DISTILLATION, INC.
CASE NUMBER: 7:25-CR-97-1FL

# PROBATION

The defendant organization is hereby sentenced to probation for a term of :
5 years.

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

Corporate Standard Conditions as listed below.

# STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;
2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;
4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;
5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;
6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and
7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

# SPECIAL CONDITIONS OF SUPERVISION

The defendant organization shall specifically establish, implement, and enforce a comprehensive Envrionmental Compliance Plan (ECP) consistent with USSG § 8D1.4(b).

The defendant organization shall submit its written ECP to the District Judge assigned to this case and the United States Probation Office within 90 days of sentencing. The ECP will include provisions addressing compliance with the applicable laws and regulations governing the discharge of pollutants into the Waters of the United States and the generation, handling, storage, treatment, and disposal of all hazardous substances and wastes; and include provisions addressing the training of employees regarding environmental and safety matters. The ECP shall be subject to approval by the court. The ECP shall include a written environmental plan for the identification of hazardous substances, pollutants, and waste streams. The ECP shall identify the person responsible for the management of such pollutants or wastes.

The defendant organization shall designate an officer responsible for the implementation and oversight of the ECP.

The defendant organization will retain an outside independent environmental consultant subject to the approval of the court that will audit environmental practicer at least once annually during the term of organization probation to determine compliance with federal law and the terms of the ECP. The reports of such audits shall be provided to the United States Probation Office, the United States Attorney's Office, and the court. The ECP shall remain under the supervision of this court for the duration of the term of organizational probation.

The defendant organization will assume all reasonable costs associated with the implementation, maintenance, and court oversight of the ECP in this special condition of probation.

The defendant organization will notify the court and probation officer immediately upon learning of (A) any material adverse change in its business or financial condition, or (B) the commencement of any bankruptcy proceeding, major civil litigation, criminal prosecution, or administrative proceedings against the organization.

The defendant organization shall make periodic submissions to the court or probation officer, at intervals specified by the court, reporting on the organization's financial condition and results of business operations and accounting for the disposition of all funds received. These reports shall be made to the court and to the probation officer every four months.

The defendant organization shall submit to a reasonable number of regular or unannounced examinations of the defendant's books and records at appropriate business premises by the probation officer or experts engaged by this court; and interrogation of knowledgeable individuals within the organization. Compensation to and costs of any experts engaged by the court shall be paid by the organization.

The defendant organization shall provide the probation office with access to any requested financial information.

If the defendant organization fails to submit the written Environmental Compliance Plan to the court and the probation office within 90 days of sentencing, if the defendant organization fails to designate an officer responsible for the implementation and oversight of the ECP, and/or if the defendant organization fails to assume all reasonable costs associated with the implementation and maintenance of the ECP, a $100,000 fine will be due and payable within 30 days of the court's finding of a failure to comply.

DEFENDANT ORGANIZATION: AMERICAN DISTILLATION, INC.
CASE NUMBER: 7:25-CR-97-1FL

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 400.00 | $ | $ |

☐ The determination of restitution is deferred until ______. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ ______

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT ORGANIZATION: AMERICAN DISTILLATION, INC.
CASE NUMBER: 7:25-CR-97-1FL

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐ Lump sum payment of $ ______________ due immediately, balance due

☐ not later than ____________________ , or
☐ in accordance with ☐ C or ☐ D below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C or ☐ D below); or

**C** ☐ Payment in __________ (e.g., equal, weekly, monthly, quarterly) installments of $ ____________ over a period of __________ (e.g., months or years), to commence _________ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☑ Special instructions regarding the payment of criminal monetary penalties:

Special Assessment due immediately.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☐ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.